STATE OF NEW JERSEY v. HECTOR CINTRON.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ELIJAH HAMM.

May 3, 1977. Petition for certification denied.

SALVATORE STRANIERI v.
LONG BRANCH MANUFACTURING COMPANY.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD WILLIAMS.

May 3, 1977. Petition for certification denied.

ROSEARS GIVENS v. ALLEN INDUSTRIES.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS PRYOR.

May 3, 1977. Petition for certification denied.